# EXHIBIT C

Saenz v. Old Dominion

Summary of Attorneys' Fees

Through April 28, 2020

**NICHOLS KASTER, PLLP**

| Staff | Hours | Rate | Total |
|---|---|---|---|
| Rachhana T. Srey - Partner | 72 | $ 550.00 | $ 39,600.00 |
| Caroline E. Bressman - Associate | 123.4 | $ 300.00 | $ 37,020.00 |
| Cameron Pylka- Litigation Support Specialist | 1.3 | $ 175.00 | $ 227.50 |
| Kayla Stender- Paralegal | 8.8 | $ 175.00 | $ 1,540.00 |
| Jennifer Schiefert – Damage Analyst | 39 | $ 175.00 | $ 6,825.00 |
| Katy Brooks- Class Action Clerk | 17.9 | $ 175.00 | $ 3,132.50 |
| Louis Hunter- Class Action Clerk | 97.7 | $ 175.00 | $ 17,097.50 |
| Sherick Francois - Class Action Clerk | 20.1 | $ 175.00 | $ 3,517.50 |
| Julia McGuire- Class Action Clerk | 2.4 | $ 175.00 | $ 420.00 |
| Abby Sokolowski- Class Action Clerk | 1.6 | $ 175.00 | $ 280.00 |
| Max Mlinar- Class Action Clerk | .4 | $175.00 | $ 70.00 |
| Amy Jorgenson- Business Development Clerk | .2 | $ 175.00 | $ 35.00 |
| Aleena Wilson- Clerk | 13.6 | $ 175.00 | $ 2,380.00 |

$ 112,145.00

**SMITH LAW, LLC**

| Staff | Hours | Rate | Total |
|---|---|---|---|
| William J. Smith- Attorney | 131 | $ 400.00 | $ 52,400.00 |
| Louise N. Smith- Attorney | 249.8 | $ 400.00 | $ 99,920.00 |
| Erica Brown- Paralegal | 1.1 | $ 175.00 | $ 192.50 |

$ 152,512.50

**Combined Total:** $ 264,657.50